# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFFREY RODRIGUEZ, | ) | 3:16-CV-0134-MMD (VPC) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | May 2, 2017 |
| E.K. McDANIELS, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion to stay (ECF No. 25) is **GRANTED**. Proceedings in this case shall be **STAYED** until June 1, 2017 for the express purpose of executing a settlement agreement and filing a stipulation to dismiss. On or before June 1, 2017, the parties shall either file a stipulation to dismiss or a revised discovery plan and scheduling order.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk