ADAM PAUL LAXALT
  Attorney General
GERRI LYNN HARDCASTLE, Bar No. 13142
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: 775-684-1134
Email: ghardcastle@ag.nv.gov
*Attorneys for Defendants*
*Isidro Baca, E.K. McDaniel, and*
*Shannon Moyle*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY E. RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>E.K. McDANIELS, et al.,<br><br>　　　　　Defendants. | Case No.  3:16-cv-00134-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Jeffrey E. Rodriguez, appearing *pro se*, and Defendants, Isidro Baca, E.K. McDaniel, and Shannon Moyle, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party bear its own attorney fees and costs.

DATED this 10 day of July, 2017.

DATED this 14th day of July, 2017.

ADAM PAUL LAXALT
Attorney General

By: _____
　　GERRI LYNN HARDCASTLE
　　Deputy Attorney General
　　*Attorneys for Defendants*

_____
JEFFREY E. RODRIGUEZ
*Plaintiff Pro Se*

**IT IS SO ORDERED.**

DATED this 18th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

1